IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:14-cr-00148 |
| v. | ) | Senior Judge Haynes |
| | ) | |
| BYRON F. CORDERO-DELGADO | ) | |

## ORDER

The plea and sentencing hearing set in this action for Friday, February 13, 2015 at 1:00 p.m. is hereby reset for **Friday, February 13, 2015 at 10:00 a.m.**, in the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

ENTERED this the 9th day of February, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge